**Patrick Daniel MOUTON,**
**Plaintiff–Appellant**

v.

**Michael W. NEUSTROM; Internal Affairs, Defendants–Appellees.**

**No. 15–30473**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

March 22, 2016.

Patrick Daniel Mouton, Westlake, LA, pro se.

James L. Pate, Esq., Seth Thomas Mansfield, Neunerpate, Lafayette, LA, for Defendant–Appellee.

Before DAVIS, JONES, and GRAVES, Circuit Judges.

PER CURIAM: *

Patrick Daniel Mouton appeals the dismissal of his Freedom of Information Act (FOIA), 5 U.S.C. § 552, *et seq.*, complaint. The district court did not err in dismissing Mouton's FOIA complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim because FOIA does not apply to the local defendants

named in Mouton's complaint. *See* 5 U.S.C. §§ 551(1), 552(f)(1); *Leal v. McHugh,* 731 F.3d 405, 410 (5th Cir.2013). Mouton's appeal is frivolous and without merit and is dismissed as such. *See* 5TH CIR. R. 42.2.

Although Mouton's appeal is frivolous, we decline to exercise our authority to impose sanctions against Mouton at this time and deny Defendants' motion for damages and costs. Mouton, however, is warned that the prosecution of any additional frivolous appeals or motions in this court will subject him to sanctions. *See* FED. R.APP. P. 38; *Clark v. Green,* 814 F.2d 221, 223 (5th Cir.1987). Mouton's motion entitled "Motion to Show Cause and Memorandum Brief" is denied because he is not entitled to FOIA relief.

APPEAL DISMISSED; MOTIONS DENIED; SANCTION WARNING ISSUED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.